UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   **CV 24-4118-MWF(PDx)**                                        Date: September 24, 2024

Title   *Los Angeles Waterkeeper v. Precision Castparts Corporation, et al.*

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

In light of the Notice of Settlement as to Defendant SPS Technologies LLC (Docket No. 12) filed September 23, 2024, the Court sets a hearing on Order to Show Cause for **Monday, November 25, 2024, at 11:30 a.m.**  All other hearings and deadlines are hereby VACATED.  If a [Proposed] Consent Decree and Order, together with a Request for Entry, are filed prior to this date, the matter will be taken off calendar and no appearances are needed.

IT IS SO ORDERED.